**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Sharkozy,  ) | No. CV-08-0637-PHX-FJM |
| ) | |
| Plaintiff,  ) | **ORDER** |
| ) | |
| vs.  ) | |
| ) | |
| Superior Court of Gila County, et al.,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

    We have before us plaintiff's "Response to this Court's Judgment and Demand to Reopen Case" (doc. 12), and defendants' response (doc. 13). On June 3, 2008, we granted defendants' motion to dismiss with prejudice and instructed the clerk to enter final judgment. Plaintiff filed the present motion on July 3, 2008.

    If we construe plaintiff's motion as a motion to alter or amend the judgment under Rule, 59(e), Fed. R. Civ. P., it is untimely and is denied. If it is construed as a motion for relief from a final judgment under Rule 60(b), Fed. R. Civ. P., it is also denied because plaintiff asserts no valid grounds to justify such relief.

    Therefore, **IT IS ORDERED DENYING** plaintiff's "Response to this Court's Judgment and Demand to Reopen Case" (doc. 12).

We note for plaintiff's benefit that judicial review of the judgments of the Superior Court of Arizona lies in the Arizona Court of Appeals.

DATED this 24th day of July, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -